THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Paul Lawrence
 Gilliard, Appellant.
 
 
 

Appeal From Florence County
 Thomas W. Cooper, Jr., Circuit Court
 Judge
Unpublished Opinion No. 2009-UP-179
Submitted April 1, 2009  Filed April 30,
 2009
APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney Salley W. Elliott, all of
 Columbia; and Solicitor Edgar L. Clements, III, of Florence, for Respondent.
 
 
 

PER CURIAM: Paul Lawrence Gilliard appeals his guilty plea and sentence for
 third-degree criminal sexual conduct, arguing the plea judge erred in failing
 to dismiss a second charge, possession of a weapon during the commission of a
 violent crime, because it was rendered inapplicable by his guilty plea.  After a thorough review of the
 record and counsels brief, pursuant to Anders v. California, 386 U.S.
 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss the appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
HUFF,
 WILLIAMS, and KONDUROS, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.